# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>BERNICE MENDOZA,<br><br>　　　　　　　Defendant. | Case No. 1:21-po-00300-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

　　　　PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

**Convicted of:**　　36 C.F.R. § 4.2 (incorporating CVC 12500(a)), driving without a driver's license

**Sentence Date:**　　April 28, 2022

**Review Hearing Date:** February 16, 2023

**Probation Expires On:** April 28, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:** $540.00, which Total Amount is made up of a Fine: $500.00; Special Assessment: $10.00; Processing Fee: $30.00; Restitution: $0.

☐　　Payment schedule of $　　　per month by the　　　of each month.

☐　　**Community Service hours Imposed of:**

☐　　**Other Conditions:**

### *COMPLIANCE:*

☒　　Defendant has complied with and completed <u>all</u> conditions of probation described above.

　　**Otherwise:**

☐　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐　　To date, Defendant has paid a total of $
　　　☐ If not paid in full when was last time payment:　　Date: Click here to enter a date.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:

☐　　To date, Defendant has performed Click here to enter text. hours of community service.

☐　　Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/16/2023 at 10:00 a.m.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 1/27/2023        */s/ Erin M. Snider*
　　　　　　　　　　　　DEFENDANT'S COUNSEL

DATED: 2/1/2023         */s/ Chan Hee Chu*
　　　　　　　　　　　　GOVERNMENT COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **February 1, 2023**

UNITED STATES MAGISTRATE JUDGE